CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov
*Attorneys for the United States*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Jelmer Hoekstra and Yazmin Hoekstra<br><br>    Debtors, | Case No. 2:18-bk-16157-gs<br><br>Chapter 7 |
| Mia Hoekstra (formerly known as Yazmin Hoekstra<br><br>    Plaintiff,<br><br>v.<br><br>United States Department of Education and Nelnet,<br><br>    Defendants. | Adversary Case No. 2:20-ap-01094-gs<br><br>**Joint Status Report** |

Pursuant to directions of the Court at the January 27, 2022, status hearing, Plaintiff Mia Hoekstra (formerly known as Yazmin Hoekstra) and Defendant United States Department of Education, provide this status and scheduling report. Without waiver or admission of the parties, they advise generally that this is an adversary proceeding for a discharge of student loan debt, largely based on the health condition of Plaintiff's minor son, Arjan.

Pursuant to subpoenas and/or HIPAA releases, Defendant collected medical records from several providers for Arjan. Some providers were in Nevada, and some were out of

state. Defendant is in the process of following up with some providers as to outstanding records, as well as seeking updates from several of the providers.

In the Fall of 2021, Plaintiff and her family moved from Las Vegas, Nevada to Aurora, Colorado. Defendant has requested Plaintiff to supplement her discovery responses to identify any health and home care providers for Arjan in Colorado and provide any new HIPAAs as may be needed. Upon receipt of such information, Defendant will collect records from such providers in Colorado.

The parties have scheduled the depositions (via video conference) of Plaintiff and her husband, Jelmer Hoekstra, (Arjan's parents) for April 5 and 6, 2022.

Upon receipt and review of the additional health records mentioned above, Defendant will be in a position to decide which, if any, depositions of health care providers to schedule.

The parties estimate completing discovery by June 30, 2022.

The parties request a status conference in July 2022 to schedule, as then applicable, dates for filing and hearing dispositive motions, a settlement conference, and/or trial.

Respectfully submitted this 8th day of February 2022.

| FREEDOM LAW FIRM, LLC | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| /s/ George Haines<br>GEORGE HAINES, ESQ.<br>Nevada Bar No. 9411<br>8985 South Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>*Attorney for Plaintiff* | /s/ Patrick A. Rose<br>PATRICK ROSE<br>Assistant United States Attorney<br>*Attorneys for the United States* |